UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KUMARI GHAFOOR-DAVIS, : | |
| Plaintiff, : | |
| : | |
| v. : | No.   5:24-cv-2640 |
| : | |
| COMMUNITY ACTION LEHIGH VALLEY, : | |
| Defendant. : | |

# **O R D E R**

**AND NOW,** this 4th day of February, 2025, upon consideration of Defendant's Motion for Summary Judgment, *see* ECF No. 19, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment is **GRANTED** with respect to Counts II and III;

2. Defendant's Motion for Summary Judgment is **GRANTED** with respect to Count IV insofar as it brings claims for harassment and retaliation;

3. Defendant's Motion for Summary Judgment is **DENIED** with respect to Count I

4. Defendant's Motion for Summary Judgment is **DENIED** with respect to Count IV insofar as it brings a claim for discrimination.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge